**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Illinois
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   [x] Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Garvey Court Holdings, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   46-5518002
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 201 North Clark Street | 250 Pilot Avenue, Suite 160 |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Chicago    IL    60601 | Las Vegas    NV    89119 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Cook | |
   | County | Number  Street |
   | | |
   | | City    State    ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   Garvey Court Holdings, LLC _____   Case number (if known) _____
        Name

6. Debtor's website (URL)   _____

7. Type of debtor
   [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   [ ] Partnership (excluding LLP)
   [ ] Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   [ ] None of the types of business listed.
   [ ] Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   [ ] No
   [x] Yes. Debtor   In re Lake Dearborn, LLC, et al.   Relationship   successor-in-interest
        District   Bankr. N.D. Ill.   Date filed   08/19/2013   Case number, if known   13-36813 (JPC)
                                      MM / DD / YYYY

        Debtor _____   Relationship _____
        District _____   Date filed _____   Case number, if known _____
                                   MM / DD / YYYY

**Part 3:   Report About the Case**

10. Venue
    Check one:
    [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    [x] No
    [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205   Involuntary Petition Against a Non-Individual   page 2

| Debtor | Garvey Court Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See Exhibit A (attached) | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Noorul Amin Khowaja/E-Doing, Inc. d/b/a Dunkin' Donuts
Name

5301 West Melrose Street
Number   Street

Chicago   IL   60602
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kasif Khowaja
Name

300 North LaSalle Street, Suite 4925
Number   Street

Chicago   IL   60654
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/19/2016
MM / DD / YYYY

X [signature]  General Counsel
Signature of petitioner or representative, including representative's title

**Attorneys**

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name, if any

300 South Wacker Drive, Suite 2300
Number   Street

Chicago   IL   60606
City   State   ZIP Code

Contact phone (312) 399-2250   Email dkane@mpslaw.com

Bar number  6277758

State  IL

X [signature]
Signature of attorney

Date signed  1/20/2016
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor: Garvey Court Holdings, LLC
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Seedays (Illinois), LLC
Name

200 Court of Ash
Number  Street

Vernon Hills          IL          60061
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dmitry Isaev
Name

200 Court of Ash
Number  Street

Vernon Hills          IL          60061
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/18/2016
             MM / DD / YYYY

x _____, President
Signature of petitioner or representative, including representative's title

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name, if any

300 South Wacker Drive, Suite 2300
Number  Street

Chicago              IL          60606
City                 State       ZIP Code

Contact phone (312) 399-2250   Email dkane@mpslaw.com

Bar number  6277758

State  IL

x _____
Signature of attorney

Date signed  1/20/2016
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Hwani, Inc. d/b/a K-Kitchen
Name

555 West Madison Street, #2212
Number  Street

Chicago              IL          60661
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Harry Jang
Name

420 East Waterside Drive, #912
Number  Street

Chicago              IL          60601
City                 State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2016
             MM / DD / YYYY

x _____, president
Signature of petitioner or representative, including representative's title

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name, if any

300 South Wacker Drive, Suite 2300
Number  Street

Chicago              IL          60606
City                 State       ZIP Code

Contact phone (312) 399-2250   Email dkane@mpslaw.com

Bar number  6277758

State  IL

x _____
Signature of attorney

Date signed  1/20/2016
             MM / DD / YYYY

---

Debtor  Garvey Court Holdings, LLC                         Case number (if known) _____
        Name

### Name and mailing address of petitioner

**Name:** Shahaamir, Inc. d/b/a Wing Kingz
**Number Street:** 8929 Central Avenue
**City:** Morton Grove   **State:** IL   **ZIP Code:** 60053

### Name and mailing address of petitioner's representative, if any

**Name:** Salim Arbi
**Number Street:** 8929 Central Avenue
**City:** Morton Grove   **State:** IL   **ZIP Code:** 60053

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/20/2016 (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

---

**Printed name:** Robert R. Benjamin
**Firm name, if any:** Golan & Christie LLP
**Number Street:** 70 West Madison, Suite 1500
**City:** Chicago   **State:** IL   **ZIP Code:** 60602
**Contact phone:** (312) 263-2300   **Email:** rrbenjamin@golanchristie.com
**Bar number:** 0170429
**State:** IL

X _[signature]_
Signature of attorney

Date signed 01/20/2016 (MM/DD/YYYY)

---

### Name and mailing address of petitioner

**Name:** Luna Hospitality, Inc. f/k/a R.O.C. Hospitality Group, Inc. d/b/a Pueblo
**Number Street:** 1515 Cottonwood Drive
**City:** Glenview   **State:** IL   **ZIP Code:** 60026

### Name and mailing address of petitioner's representative, if any

**Name:** Paul Luna
**Number Street:** 1515 Cottonwood Drive
**City:** Glenview   **State:** IL   **ZIP Code:** 60026

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/2016 (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

---

**Printed name:** Robert R. Benjamin
**Firm name, if any:** Golan & Christie LLP
**Number Street:** 70 West Madison, Suite 1500
**City:** Chicago   **State:** IL   **ZIP Code:** 60602
**Contact phone:** (312) 263-2300   **Email:** rrbenjamin@golanchristie.com
**Bar number:** 0170429
**State:** IL

X _[signature]_
Signature of attorney

Date signed 01/20/2016 (MM/DD/YYYY)

Debtor: Garvey Court Holdings, LLC

Case number (if known): _____

### Name and mailing address of petitioner

Byeung Hean Lee d/b/a Green Apple Grill & More
Name

8990 West Heathwood Circle
Number  Street

Niles    IL    60714
City     State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Byeung Hean Lee
Name

8990 West Heathwood Circle
Number  Street

Niles    IL    60714
City     State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/2016
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name, if any

70 West Madison, Suite 1500
Number  Street

Chicago    IL    60602
City       State  ZIP Code

Contact phone (312) 263-2300    Email rrbenjamin@golanchristie.com

Bar number 0170429

State IL

X _____
Signature of attorney

Date signed 01/20/2016
            MM / DD / YYYY

---

### Name and mailing address of petitioner

The Works North Loop, Inc.
Name

9253 Knight Avenue
Number  Street

Des Plaines    IL    60016
City           State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Joseph Marcos
Name

9253 Knight Avenue
Number  Street

Des Plaines    IL    60016
City           State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/2016
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name, if any

70 West Madison, Suite 1500
Number  Street

Chicago    IL    60602
City       State  ZIP Code

Contact phone (312) 263-2300    Email rrbenjamin@golanchristie.com

Bar number 0170429

State IL

X _____
Signature of attorney

Date signed 01/20/2016
            MM / DD / YYYY

---

Debtor  Garvey Court Holdings, LLC                                   Case number (if known) _____
        Name

### Name and mailing address of petitioner

Windy City's Finest, Inc. d/b/a Robinson's #1 Ribs Store 3
Name

4921 West Thomas
Number   Street

Chicago                        IL           60651
City                           State        ZIP Code

### Name and mailing address of petitioner's representative, if any

Lavon Boyd
Name

4921 West Thomas
Number   Street

Chicago                        IL           60651
City                           State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2016
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Robert R. Benjamin

Firm name, if any: Golan & Christie LLP

70 West Madison, Suite 1500
Number   Street

Chicago                        IL           60602
City                           State        ZIP Code

Contact phone (312) 263-2300   Email rrbenjamin@golanchristie.com

Bar number  0170429

State  IL

X _____
Signature of attorney

Date signed  01/20/2016
             MM / DD / YYYY

### Name and mailing address of petitioner

_____
Name

_____
Number   Street

_____
City                State        ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number   Street

_____
City                State        ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 4

Debtor: <u>Garvey Court Holdings, LLC</u>
Name

Case number (*if known*) _____

# EXHIBIT A
## to
## Involuntary Petition Against a Non-Individual

**13. Each petitioner's claim.**

| Name of petitioner | Nature of petitioner's claim | Total amount of claim* | Amount of the claim above the value of any lien |
|---|---|---|---|
| Noorul Amin Khowaja/E-Doing, Inc. d/b/a Dunkin' Donuts | Final Judgment | $652,834.19 | $9,315.19 |
| Seedays (Illinois), LLC | Final Judgment | $789,092.19 | $9,315.19 |
| Hwani, Inc. d/b/a K-Kitchen | Final Judgment | $565,671.20 | $9,315.20 |
| Shahaamir, Inc. d/b/a Wingz Kingz | Final Judgment | $402,283.11 | $7,091.11 |
| Luna Hospitality, Inc. f/k/a R.O.C. Hospitality Group d/b/a Pueblo | Final Judgment | $495,816.11 | $7,091.11 |
| Byeung Hean Lee d/b/a Green Apple Grill & More | Final Judgment | $450,173.11 | $7,091.11 |
| The Works North Loop, Inc. | Final Judgment | $661,221.11 | $7,091.11 |
| Windy City's Finest, Inc. d/b/a Robinson's #1 Ribs Store 3 | Final Judgment | $495,816.10 | $7,091.10 |
| **Total of petitioner's claims** | | | **$63,401.12** |

*Each petitioner's claim increases by $5,000.00 per day until paid in full.