# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Garvey Court Holdings, LLC | § | Case No. 16-01697 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

PLEASE TAKE NOTICE that on May 6, 2020 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear telephonically through CourtSolutions, LLC before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680, United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Trustee's Final Report and Applications for Compensation.  Any party who objects to the applications and seeks to have it heard before the Court must file a Notice of Objection no later than two (2) business days before the presentment date of May 6, 2020.  If no Notice of Objection is timely filed, the Court may grant the relief requested in the applicatons without a hearing.

Date Mailed: 04/08/2020            By: /s/ Gregg Szilagyi
                                        Trustee

*GREGG SZILAGYI, TRUSTEE*
*209 SOUTH LASALLE STREET*
*SUITE 950*
*CHICAGO, IL 60604*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| Garvey Court Holdings, LLC | § | Case No. 16-01697 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 14,920,880.39 |
| and approved disbursements of | $ | 14,436,022.19 |
| leaving a balance on hand of[1] | $ | 484,858.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | LCP CHICAGO DIP LLC | $ 450,217.30 | $ 450,217.30 | $ 450,217.30 | $ 0.00 |
| 10 | LCP NORTH CLARK LLC | $ 9,332,410.88 | $ 11,172,343.20 | $ 11,172,343.20 | $ 0.00 |
| 11 | THE LASALLE PRIVATE RESIDENCES | $ 7,900.52 | $ 7,900.52 | $ 0.00 | $ 0.00 |
| 2 | Byeung Hean Lee D/B/A Green Apple Grill & More | $ 578,082.00 | $ 578,082.00 | $ 51,825.06 | $ 0.00 |
| 3 | Luna Hospitality, Inc. F/K/A | $ 767,078.00 | $ 767,078.00 | $ 125,424.27 | $ 0.00 |
| 4 | The Works North Loop, Inc. | $ 789,130.00 | $ 789,130.00 | $ 134,011.81 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Shahaamir, Inc. D/B/A Wing Kingz | $ 530,192.00 | $ 530,192.00 | $ 33,175.60 | $ 0.00 |
| 6 | Windy City"s Finest, Inc. | $ 623,725.00 | $ 623,725.00 | $ 69,599.44 | $ 0.00 |
| 7 | Noorul Amin Khoiwaja/E-Doing, Inc. | $ 778,519.00 | $ 778,519.00 | $ 161,683.93 | $ 0.00 |
| 8 | Hwani, Inc. | $ 691,356.00 | $ 691,356.00 | $ 119,372.22 | $ 0.00 |
| 9 | Seedays (Illinois), Llc | $ 914,777.00 | $ 914,777.00 | $ 127,701.52 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 484,858.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 470,876.41 | $ 0.00 | $ 411,485.59 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ 310,000.00 | $ 220,100.00 | $ 50,800.24 |
| Accountant for Trustee Fees: KUTCHINS ROBBINS & DIAMOND LTD | $ 7,583.50 | $ 0.00 | $ 6,627.00 |
| Other: CUSHMAN & WAKEFIELD | $ 270,000.00 | $ 220,000.00 | $ 15,945.37 |

Total to be paid for chapter 7 administrative expenses $ 484,858.20

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,246.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Byeung Hean Lee D/B/A Green Apple Grill & More | $ 2,236.30 | $ 0.00 | $ 0.00 |
| 3 | Luna Hospitality, Inc. F/K/A | $ 2,236.30 | $ 0.00 | $ 0.00 |
| 4 | The Works North Loop, Inc. | $ 2,236.30 | $ 0.00 | $ 0.00 |
| 5 | Shahaamir, Inc. D/B/A Wing Kingz | $ 2,236.30 | $ 0.00 | $ 0.00 |
| 6 | Windy City"s Finest, Inc. | $ 2,236.30 | $ 0.00 | $ 0.00 |
| 7 | Noorul Amin Khoiwaja/E-Doing, Inc. | $ 3,105.00 | $ 0.00 | $ 0.00 |
| 8 | Hwani, Inc. | $ 3,105.00 | $ 0.00 | $ 0.00 |
| 9 | Seedays (Illinois), Llc | $ 3,855.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors         $            0.00

Remaining Balance                              $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,993,197.30 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Foley & Lardner Llp | $ 667,146.67 | $ 0.00 | $ 0.00 |
| 2 | Byeung Hean Lee D/B/A Green Apple Grill & More | $ 7,091.11 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Luna Hospitality, Inc. F/K/A | $ 7,091.11 | $ 0.00 | $ 0.00 |
| 4 | The Works North Loop, Inc. | $ 7,091.11 | $ 0.00 | $ 0.00 |
| 5 | Shahaamir, Inc. D/B/A Wing Kingz | $ 7,091.11 | $ 0.00 | $ 0.00 |
| 6 | Windy City"s Finest, Inc. | $ 7,091.11 | $ 0.00 | $ 0.00 |
| 7 | Noorul Amin Khoiwaja/E-Doing, Inc. | $ 9,315.00 | $ 0.00 | $ 0.00 |
| 8 | Hwani, Inc. | $ 9,315.00 | $ 0.00 | $ 0.00 |
| 9 | Seedays (Illinois), Llc | $ 9,315.00 | $ 0.00 | $ 0.00 |
| 12 | VICTORIA GOULETAS | $ 104,052.96 | $ 0.00 | $ 0.00 |
| 13 | CRESCENT CLEANING COMPANY | $ 37,796.87 | $ 0.00 | $ 0.00 |
| 14 | JAMES WEST | $ 15,384.60 | $ 0.00 | $ 0.00 |
| 15 | ALLAN J. DEMARS, CH. 7 TRUSTEE OF | $ 1,647,496.40 | $ 0.00 | $ 0.00 |
| 16 | 77 WEST WACKER DRIVE, L.L.C. | $ 60,885.16 | $ 0.00 | $ 0.00 |
| 17 | SUBWAY REAL ESTATE, LLC | $ 325,000.00 | $ 0.00 | $ 0.00 |
| 18 | MURAD FAZAL | $ 325,000.00 | $ 0.00 | $ 0.00 |
| 19 | MARK S. GOLDSTEIN | $ 30,000.00 | $ 0.00 | $ 0.00 |
| 20 | BAUCH & MICHAELS, LLC | $ 11,900.17 | $ 0.00 | $ 0.00 |
| 22 | 200 NORTH DEARBORN CONDOMINIUM ASSOCIATION | $ 1,684,885.62 | $ 0.00 | $ 0.00 |
| 23 | SCHAIN BANKS KENNY & SCHWARTZ LTD. | $ 20,248.30 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $            0.00

Remaining Balance                                              $            0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

*GREGG SZILAGYI, TRUSTEE*
*209 SOUTH LASALLE STREET*
*SUITE 950*
*CHICAGO, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.